Opinion issued
November 9, 2010                                                  



 

 

 

 

  

            

 

 

 

In The

Court of Appeals

For The

First District of
Texas

____________

 

NO. 01-10-00790-CR

____________

 

JASON BENNETT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause No. 1275498

 

 



MEMORANDUM OPINION

          Appellant,
Jason Bennett, appeals from the denial of his pretrial application for habeas
corpus relief.  Appellant was charged
with the third-degree felony offense of injury to a child and was released on
bond.  See Tex. Penal Code Ann.
§.22.04 (Vernon Supp. 2010).  Subsequently, having found that appellant had
violated the terms of the bond, the trial court revoked the bond and ordered that
appellant be held without bond.  Appellant
alleged in his writ application that he was being held in derogation of his
“rights under the Eighth and Fourteenth Amendments to the United States
Constitution; Article 1, Section 13 of the Texas Constitution; and Article 1.07
of the Texas Code of Criminal Procedure.”  


          On
September 29, 2010, appellant entered into a plea bargain with the State and
pled nolo contendere to the lesser-included offense of misdemeanor assault. In
accordance with the agreement, the trial court placed appellant on one year
deferred adjudication community supervision. 
Because appellant is no longer subject to pretrial confinement, the
pretrial writ is moot.  See Martinez
v. State, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); Bennet v. State, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th
Dist.] 1991, no pet.) (stating that “where the premise of a habeas corpus
application is destroyed by subsequent developments, the legal issues raised
thereunder are rendered moot”).

              Accordingly,
the appeal is dismissed as moot. 
All pending motions are dismissed as moot.

PER CURIAM

 

Panel consists of Justices Jennings, Alcala, and
Sharp.

 

Do not publish. 
Tex. R. App. P. 47.2.(b).